IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARSHALL T. WAGNER,** | : | CIVIL ACTION NO. 1:23-CV-100 |
| | : | |
| Plaintiff | : | (Judge Neary) |
| | : | |
| v. | : | |
| | : | |
| **MIFFLIN COUNTY,** *et al.*, | : | |
| | : | |
| Defendants | : | |

## ORDER

AND NOW, this 12th day of December, 2025, upon consideration of the Report and Recommendation ("R&R") (Doc. 107) of Magistrate Judge William I. Arbuckle (Ret.), and defendants Warden Jason Kormanic, Deputy Warden Eric Gates, Security Major Brian Busko, Chaplain Gary Kraybill, and Corrections Counselor Ryan Snyders' objections (Doc. 109) thereto, and for the reasons set forth in the accompanying memorandum of today's date, it is hereby ORDERED that:

1. Magistrate Judge Arbuckle (Ret.)'s R&R (Doc. 107) is ADOPTED in part as follows:

    a. Plaintiff Marshall T. Wagner's free exercise claim may proceed against Warden Kormanic, Deputy Warden Gates, Major Busko, Chaplain Kraybill, and Counsel Snyder.

    b. Wagner's free speech claim may proceed against Warden Kormanic and Deputy Warden Gates only as to the allegations concerning the copying and forwarding of legal materials.

    c. Wagner's First Amendment retaliation claim may proceed against Warden Kormanic and Deputy Warden Gates.

2. The court DECLINES TO ADOPT Magistrate Judge Arbuckle (Ret.)'s R&R with respect to Wagner's free speech mail interference claim against Warden Kormanic and Deputy Warden Gates.

3. Defendants' motions (Docs. 64, 91) are GRANTED in part and DENIED in part as otherwise recommended by the R&R.

4. The dismissed claims in Wagner's Third Amended Complaint (Doc. 61) are DISMISSED with prejudice.

5. The Clerk of Court is DIRECTED to terminate defendants Drayer, Kodish, Mifflin County, Postal, Remy, Sunderland, Torquato, Barron, Benny, Bernstein, Bilger, Chambers, Davis, Eichhorn, Gill, Hill, Ingram, Kearns, Long, Price, Snook, Stewart, Sydney, Tomlinson, and Michalchik.

6. This case is REMANDED to Chief Magistrate Judge Daryl F. Bloom for assignment to a Magistrate Judge for all further pretrial proceedings including R&R and recommendation on dispositive motions.

/S/ Keli M. Neary
Keli M. Neary
United States District Judge
Middle District of Pennsylvania